# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00813-CV

**Yevgenia Shockome, Appellant**

**v.**

**Robert Brendel, Barbara Trevino-Kuvet, Stratos Apostolou, Mary F. Iverson,
Randolph V. Gonzalez, Cary Street Partners, Riverstone Wealth Management,
Kyle Coward, Beth Layman, First Clearing, Tara Randle, River Del Llano,
Amber Vasquez Bode, Erin Lemaster, Noelle Davis, Timothy Shockome, and
Does 1 through 20, Appellees**

## FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-GN-19-003849, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## MEMORANDUM OPINION

Appellant Yevgenia Shockome, appearing pro se, seeks to appeal an order signed by the trial court on October 24, 2019, denying "Plaintiffs' Motion to Strike Pleadings and for Default Judgment." Appellees have filed a motion to dismiss the appeal for lack of jurisdiction. Shockhome has not filed a response to the motion explaining why this Court has jurisdiction.

Generally, the jurisdiction of this Court is limited to the review of final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if allowed by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *see* Tex. Civ. Prac. & Rem. Code §§ 51.012, .014. Based on the record before us, it appears that the trial court has not yet rendered a final judgment, and no statute authorizes an

interlocutory appeal from the denial of a motion to strike or from the denial of a motion for default judgment.

Accordingly, we grant the motion to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

_____

Chari L. Kelly, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellees' Motion

Filed:  February 6, 2020

2